■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOMMY SPANN, Appellant. — Judgment of the Supreme Court, Queens County (Browne, J.), rendered April 27, 1981 affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Lazer, Mangano and Gibbons, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND TUCKER, Appellant. — Appeal by defendant from a judgment of the County Court, Nassau County (Samenga, J.), rendered January 5, 1982, convicting him of criminal sale of a controlled substance in the first degree, criminal possession of a controlled substance in the first degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence. Judgment affirmed. The conflicting testimony adduced at trial presented a question of fact as to whether defendant acted merely as an agent for the buyer. Hence, the issue was properly submitted to the jury (*People v McLeod,* 45 NY2d 95). Similarly, in view of the particular facts herein, the issue of whether the affirmative defense of entrapment was established was a factual issue within the sole province of the jury (*People v McGee,* 49 NY2d 48, 61). Gibbons, J. P., Thompson, Niehoff and Rubin, JJ., concur.